133 A.3d 735

COMMONWEALTH of Pennsylvania, Respondent

v.

Ernest R. WHOLAVER, Jr., Petitioner.

No. 11 EM 2016.

Supreme Court of Pennsylvania.

March 23, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of March, 2016, the Application for Leave to File for Reconsideration *Nunc Pro Tunc* is **DENIED.**